UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **THE PARISH OF CAMERON** | * | **CIV. ACTION NO. 2:16CV0536** |
| | * | |
| **VERSUS** | * | **JUDGE MINALDI** |
| | * | |
| **BEPCO, L.P., ET AL.** | * | **MAGISTRATE JUDGE KAY** |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BEPCO, L.P.**

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BEPCO, L.P. ("BEPCO") makes the following disclosure statement:

The parent entities of BEPCO are Keystone Group, L.P., LMBI, L.P., SRBI, L.P., and Thru Line, L.P. (as limited partners); and BEPCO Genpar, L.L.C. (as general partner). No publicly held corporation owns more than ten percent of BEPCO's partnership interests.

Respectfully submitted,

/s/  Kelly Ransom
Loulan J. Pitre, Jr. (Bar No. 17749)
Kelly Ransom (Bar No. 31926)
KELLY HART & PITRE
400 Poydras St., Suite 1812
New Orleans, Louisiana 70130
Telephone: (504) 522-1812
Fax: (504) 522-1813
loulan.pitre@kellyhart.com
kelly.ransom@kellyhart.com

*Attorneys for Defendants BEPCO, L.P.*

2172706

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system on this 17th day of May, 2016, and that electronic notice of this filing will be sent to all counsel of record.

/s/    Kelly Ransom