# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| PARISH OF CAMERON, ET AL. | CIVIL ACTION NO. 16-0536 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| BEPCO, L.P., ET AL. | MAG. JUDGE KATHLEEN KAY |

## RULING

For the reasons set forth in the Ruling in the related case of *Parish of Cameron v. Auster Oil & Gas Co.*, No. 16-cv-0530, a copy of which is attached hereto, and after having conducted a *de novo* review of the record in this matter, the Court ADOPTS IN PART and DECLINES TO ADOPT IN PART the Report and Recommendation of the Magistrate Judge. The Court DECLINES TO ADOPT Magistrate Judge Kay's analysis under the third and fourth factors of the *Gunn-Grable* test, but otherwise ADOPTS the Report and Recommendation. The pending Motions and Supplemental Motions to Remand will be GRANTED, and this case will be remanded to the 38th Judicial District Court, Cameron Parish, Louisiana.

MONROE, LOUISIANA, this 9th day of May, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE